## MELTON & STEWART V. FARMERS OIL & M. CO.
(Decided Feb. 10, 1910.)

APPEAL from Wilcox Circuit Court.

Heard before Hon. B. M. MILLER.

MILLER & MILLER, for appellant.

No counsel marked for appellee.

Per curiam.—Appeal dismissed on motion. See also 159 Ala 469; 49 South. 225.

## MILLER V. THE STATE.
(Decided Feb. 3, 1910.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. L. WEAVER.

No counsel marked for appellant.

ALEXANDER M. GARBER, Attorney General, for the State.

ANDERSON, J.—There is no error of record. Affirmed.

McCLELLAN, MAYFIELD and SAYRE, JJ., concur.

## SCHULER V. FISCHER.
(Decided Jan. 13, 1910.)

APPEAL from Gadsden City Court.

Heard before Hon. JOHN H. DISQUE.

No counsel marked for either party.

Per curiam.—Affirmed on certificate.

## SMITH V. JEFFERSON.
(Decided Feb. 10, 1910.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. A. H. BENNERS.

CHARLES E. ELDER, and JOHN H. MILLER, for appellant..

A. C. & H. R. HOWZE, for appellee.

McCLELLAN, J.—Affirmed on the facts.

ANDERSON, MAYFIELD and SAYRE, JJ., concur.